IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID JACKSON, :
       Petitioner, :
   v. : Civ. No. 17-491
        :
THERESA DELBALSO, et al., :
       Respondents. :

## O R D E R

**AND NOW**, this 10th day of January, 2018, upon consideration of Petitioner David Jackson's *pro se* Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 (Doc. No. 1), Jackson's *pro se* Amended Petition (Doc. No. 6), the Commonwealth's Response (Doc. No. 11), Judge Perkin's Report and Recommendation (Doc. No. 12), Petitioner's Objections (Doc. No. 15), and all other related submissions, it is hereby **ORDERED** that:

1. Petitioner's Objections (Doc. No. 15) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 12) is **APPROVED** and **ADOPTED**;

3. The Amended Petition for Writ of Habeas Corpus (Doc. No. 6) is **DENIED with prejudice**;

4. A Certificate of Appealability shall **NOT ISSUE** under 28 U.S.C. § 2253(c)(1)(A) because Petitioner has not demonstrated that "reasonable jurists" would find it debatable whether the Petition states a valid claim of the denial of a constitutional right and that my procedural ruling was correct. <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000); and

5. The **CLERK OF COURT** shall **CLOSE** this action.

                                     **AND IT IS SO ORDERED.**

                                     */s/ Paul S. Diamond*

                                     _____
                                     Paul S. Diamond, J.